# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br> v. <br><br> TESORO DEL SOL II, LLC, et al., <br><br> Defendants. | Case No.: 1:18-cv-00085 AWI JLT <br><br> ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING CASE <br><br> Old Case Number: 1:18-cv-00085 AWI JLT <br> New Case Number: 1:18-cv-00085 AWI BAM |

Good cause appearing, the assigned Magistrate Judge disqualifies herself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Barbara A. McAuliffe. The new case number shall be **1:18-cv-00085 AWI BAM**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: **January 22, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE